## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 14-62
## consolidated with 14-61


**TALESHA BERTRAND, ET UX.**

**VERSUS**

**ROBERT RUMSEY, M.D., ET AL.**


**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2008-6528
HONORABLE DAVID A. RITCHIE, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

## PHYLLIS M. KEATY
## JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of Sylvia R. Cooks, J. David Painter, and Phyllis M. Keaty, Judges.


**REVERSED IN PART AND RENDERED.**


**Benjamin P. Mouton**
**McGlynn, Glisson & Mouton**
**Post Office Box 1909**
**Baton Rouge, Louisiana 70821**
**(225) 344-3555**
**Counsel for Plaintiffs/Appellants:**
    **James Bertrand**
    **Talesha Bertrand**

**William C. Rowe, Jr.,**
**David C. Bolton**
**Rowe Law Firm**
**5157 Bluebonnet Boulevard**
**Baton Rouge, Louisiana 70809**
**(225) 293-8787**
**Counsel for Intervenors/Appellees:**
      **Louisiana Patient's Compensation Fund**
      **Louisiana Patient's Compensation Fund Oversight**
      **Board, through the nominal defendant, Dr. Michael Kudla**

**James R. Shelton**
**Durio, McGoffin, Stagg & Ackermann**
**Post Office Box 51308**
**Lafayette, Louisiana 70505-1308**
**(337) 233-0300**
**Counsel for Defendants/Appellees:**
      **Louisiana Medical Mutual Insurance Company**
      **Michael Kudla, M.D.**

**J. Gregory Bergstedt**
**Elizabeth F. Shea**
**Fraser, Wheeler & Begstedt**
**4350 Nelson Road**
**Lake Charles, Louisiana 70605**
**(337) 478-8595**
**Counsel for Defendants/Appellees:**
      **Preferred Professional Insurance Company**
      **Robert Rumsey, M.D.**

**KEATY, Judge.**

For the reasons set forth in the companion case hereto, *Bertrand v. Kudla*, 14-61 (La.App. 3 Cir. __/__/14) ___ So.3d ___, the July 16, 2013 judgment notwithstanding the verdict rendered by the trial court denying an additional award of special damages for lost wages is reversed.  We hereby award Talesha Bertrand the amount of $46,550.00 representing lost wages from May 31, 2005 through March 15, 2006.  We further reverse the trial court's denial of an increase in general damages to Talesha Bertrand and increase the award to $150,000.00.

**REVERSED IN PART AND RENDERED.**